AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| ANTHONY DALY, an individual,<br><br>*Plaintiff(s)*<br><br>v.<br><br>ENV NIGHT LIFE LLC, a Delaware limited liability company, ENV GROUP HOLDINGS LLC, a Delaware limited liability company, ENV GROUP LLC, a Delaware limited liability company; and ADAM DAVID LYND, an individual, also known as DAVID LYND, and DOES 1 through 25, inclusive,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. 2:15-cv-00509-JAK (Ex) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ENV GROUP LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   THE AMIN LAW GROUP, LTD.
Ismail Amin, Esq. (SBN 231232)
Saehwa Kang, Esq. (SBN 243238)
Katherine J. Vescera, Esq. (SBN 287171)
2211 Michelson Drive, Suite 1270
Irvine, California 92612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  January 23, 2015

/s/ Estrella Tamayo

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| ANTHONY DALY, an individual, | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) |
| ENV NIGHT LIFE LLC, a Delaware limited liability company, ENV GROUP HOLDINGS LLC, a Delaware limited liability company, ENV GROUP LLC, a Delaware limited liability company; and ADAM DAVID LYND, an individual, also known as DAVID LYND, and DOES 1 through 25, inclusive, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    ENV GROUP HOLDINGS LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    THE AMIN LAW GROUP, LTD.
Ismail Amin, Esq. (SBN 231232)
Saehwa Kang, Esq. (SBN 243238)
Katherine J. Vescera, Esq. (SBN 287171)
2211 Michelson Drive, Suite 1270
Irvine, California 92612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| ANTHONY DALY, an individual, | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) Civil Action No. |
| ENV NIGHT LIFE LLC, a Delaware limited liability company, | ) |
| ENV GROUP HOLDINGS LLC, a Delaware limited liability | ) |
| company, ENV GROUP LLC, a Delaware limited liability | ) |
| company; and ADAM DAVID LYND, an individual, also | ) |
| known as DAVID LYND, and DOES 1 through 25, inclusive, | ) |
| _Defendant(s)_ | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   ENV NIGHT LIFE LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   THE AMIN LAW GROUP, LTD.
Ismail Amin, Esq. (SBN 231232)
Saehwa Kang, Esq. (SBN 243238)
Katherine J. Vescera, Esq. (SBN 287171)
2211 Michelson Drive, Suite 1270
Irvine, California 92612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____                _____
                                                            _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Central District of California

| | |
|---|---|
| ANTHONY DALY, an individual, | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| | ) |
| ENV NIGHT LIFE LLC, a Delaware limited liability company, | ) |
| ENV GROUP HOLDINGS LLC, a Delaware limited liability | ) |
| company, ENV GROUP LLC, a Delaware limited liability | ) |
| company; and ADAM DAVID LYND, an individual, also | ) |
| known as DAVID LYND, and DOES 1 through 25, inclusive, | ) |
| _____ | ) |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ADAM DAVID LYND, also known as DAVID LYND
2200 Hercules Drive
Los Angeles, CA 90046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    THE AMIN LAW GROUP, LTD.
Ismail Amin, Esq. (SBN 231232)
Saehwa Kang, Esq. (SBN 243238)
Katherine J. Vescera, Esq. (SBN 287171)
2211 Michelson Drive, Suite 1270
Irvine, California 92612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*