# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ANTHONY DALY,

PLAINTIFF(S)

v.

ENV NIGHT LIFE, LLC, et al.,

DEFENDANT(S).

CASE NUMBER

LA CV15-00509 JAK (Ex)

**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 01/30/2015 | 9 | Notice of Appearance or Withdrawal |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

The document is accepted as filed. The Docket Quality Analyst shall alter the docket text to include the title of this document.

Counsel shall adhere to the CM/ECF Procedures and include the title of any e-filed document. Any future document will be stricken for failing to comply with the procedures.

Clerk, U.S. District Court

Dated: February 6, 2015

By: Andrea Keifer

Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge