1 | Ismail Amin, Bar No: 231232          (949) 502-7715
  | The Amin Law Group, Ltd.
2 | 2211 Michelson Drive
  | Irvine, CA  92612
3 |
4 | Representing: Plaintiff              File No. Daly v. EnV
5 |
6 |
7 |
8 |              United States District Court, Central District of California
9 |              Central District of California - District - Los Angeles - 312 N.
10 |
11 |
12 | ANTHONY DALY, et al.
13 |                                          )   Case No: 2:15-cv-00509-JAK (Ex)
14 |            Plaintiff/Petitioner          )
                                              )   Proof of Service of:
15 |                 vs.                      )     Summons, Complaint, Civil Cover Sheet,
                                              )     Certification and Notice of Interested Parties
16 | ENV NIGHT LIFE LLC, et al.              )
17 |                                          )
            Defendant/Respondent              )
18 |                                          )
                                              )   Service on:
19 |                                              ENV GROUP HOLDINGS LLC, a Delaware
20 |                                              limited liability company
21 |
                                                  Hearing Date:
22 |
                                                  Hearing Time:
23 |
                                                  Div/Dept:
24 |
25 |
26 |
27 |
28 |

                                    PROOF OF SERVICE

OL# 1775177

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> Ismail Amin, 231232 <br> The Amin Law Group, Ltd. <br> 2211 Michelson Drive <br> Irvine, CA 92612 | TELEPHONE NO.: <br> (949) 502-7715 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. <br> Daly v. EnV | |
| Insert name of court, judicial district or branch court, if any: <br> United States District Court, Central District of California <br> 312 N. Spring St. #G-8 <br> Los Angeles, CA 90012 | | |
| PLAINTIFF: <br> ANTHONY DALY, et al. | | |
| DEFENDANT: <br> ENV NIGHT LIFE LLC, et al. | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER <br> 2:15-cv-00509-JAK (Ex) |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Summons, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties

2. Party Served: ENV GROUP HOLDINGS LLC, a Delaware limited liability company

3. Person Served: Amy McLaren -The Corporation Trust Company - Person authorized to accept service of p

4. Date & Time of Delivery: 1/27/2015  3:00 PM

5. Address, City and State: 1209 Orange Street
Wilmington, DE 19801

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 95.95

Not a registered California process server.

Daniel Newcomb
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature: *Daniel Newcomb*

Daniel Newcomb

OL# 1775177