| | |
|---|---|
| 1 | Ismail Amin, Bar No: 231232         (949) 502-7715 |
| 2 | The Amin Law Group, Ltd.<br>2211 Michelson Drive |
| 3 | Irvine, CA  92612 |
| 4 | Representing: Plaintiff         File No.Daly v. EnV |

United States District Court, Central District of California

Central District of California - District - Los Angeles - 312 N.

| | |
|---|---|
| ANTHONY DALY, et al. | Case No: 2:15-cv-00509-JAK (Ex) |
| Plaintiff/Petitioner | Proof of Service of: |
| vs. | Summons, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties |
| ENV NIGHT LIFE LLC, et al. | |
| Defendant/Respondent | |
| | Service on:<br>ENV NIGHT LIFE LLC, a Delaware limited liability company |
| | Hearing Date:<br>Hearing Time:<br>Div/Dept: |

PROOF OF SERVICE

OL# 1775178

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ismail Amin, 231232<br>The Amin Law Group, Ltd.<br>2211 Michelson Drive<br>Irvine, CA 92612 | (949) 502-7715 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Daly v. EnV | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
312 N. Spring St. #G-8
Los Angeles, CA 90012

PLAINTIFF:

ANTHONY DALY, et al.

DEFENDANT:

ENV NIGHT LIFE LLC, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER |
|---|---|---|---|---|
| | | | | 2:15-cv-00509-JAK (Ex) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Summons, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties

2. Party Served: ENV NIGHT LIFE LLC, a Delaware limited liability company

3. Person Served: Amy McLaren - The Corporation Trust Center - Person authorized to accept service of proc

4. Date & Time of Delivery: 1/27/2015   3:00 PM

5. Address, City and State: 1209 Orange Street
Wilmington, DE 19801

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 53.95

Not a registered California process server.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Daniel Newcomb
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

Signature: *Daniel Newcomb*

Daniel Newcomb

OL# 1775178