# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Daly | CASE NUMBER |
| PLAINTIFF(S) | 2:15-CV-509-JAK(Ex) |
| v. | |
| ENV Night Life LLC., et al | **DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |
| DEFENDANT(S). | |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

ENV Group Holdings LLC a Delaware Limited liability company

ENV Night Life LLC a Delaware limited liability company

Clerk, U. S. District Court

March 6, 2015                By Brent Pacillas
Date                            Deputy Clerk

CV-37 (10/01)                DEFAULT BY CLERK F.R.Civ.P. 55(a)