**THE AMIN LAW GROUP, LTD.**
Ismail Amin, Esq. (SBN 231232)
Saehwa Kang, Esq. (SBN 243238)
Katherine J. Vescera, Esq. (SBN 287171)
2211 Michelson Drive, Suite 1270
Irvine, California 92612
Telephone: (949) 502-7715
Facsimile:  (949) 266-8406
E-mail: iamin@aminlawgroup.com

Attorneys for Plaintiff ANTHONY DALY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DALY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ENV NIGHT LIFE LLC, formerly known as ENV GROUP HOLDINGS LLC, a Delaware limited liability company; ENV GROUP LLC, a Delaware limited liability company; and ADAM DAVID LYND, an individual, also known as DAVID LYND, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00509-JAK (Ex)<br><br>**[PROPOSED] DEFAULT JUDGMENT BY CLERK PURSUANT TO FRCP 55(B)(1) AGAINST DEFENDANT ENV NIGHT LIFE LLC**<br><br>*[Filed concurrently with (1) Motion for Clerk's Entry of Default Judgment Pursuant to FRCP 55(b)(1); (2) Affidavit of Plaintiff Anthony Daly in Support of Motion for Clerk's Entry of Default Judgment Pursuant to FRCP 55(b)(1), and (3) Bill of Costs]* |

//

# [PROPOSED] DEFAULT JUDGMENT BY CLERK PURSUANT TO FRCP 55(B(1)

Defendant, ENV NIGHT LIFE LLC having failed to appear, plead or otherwise defend in this action, and default having been entered on March 6, 2015, and counsel for Plaintiff, ANTHONY DALY having requested judgment against the defaulted defendant herein and having filed a proper motion and affidavit (declaration) of Plaintiff ANTHONY DALY, in accordance with *Federal Rule of Civil Procedure* 55(a) and (b)(1);

Judgment is hereby entered in favor of Plaintiff, ANTHONY DALY and against Defendant, ENV NIGHT LIFE LLC, as follows in the sum of ONE HUNDRED TWENTY THOUSAND DOLLARS ($120,000.00), plus costs in the amount of FOUR HUNDRED SEVENTY TWO DOLLARS AND FIFTY FIVE CENTS ($472.55) and he so requests that it be done.

DATED: _____May       6___, 2015.


CLERK OF THE COURT

By: _____[signature]_____
Deputy Clerk

Submitted on this 5th day of May, 2015.

                                           **THE AMIN LAW GROUP, LTD.**

                                By: _____
                                      ISMAIL AMIN, ESQ.
                                      SAEHWA KANG, ESQ.
                                      KATHERINE J. VESCERA, ESQ.
                                      *Attorneys for Plaintiff ANTHONY DALY*

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, California 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

3

[PROPOSED] DEFAULT JUDGMENT BY CLERK PURSUANT TO FRCP 55(B)(1) AGAINST DEFENDANT ENV NIGHT LIFE LLC