# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Ismail Amin, 231232 <br> The Amin Law Group, Ltd. <br> 2211 Michelson Drive <br> Irvine, CA 92612 <br> ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.: (949) 502-7715 <br><br> Ref. No. or File No. <br> Daly v. EnV | FOR COURT USE ONLY |
|---|---|---|

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
312 N. Spring St. #G-8
Los Angeles, CA 90012

PLAINTIFF:

ANTHONY DALY, et al.

DEFENDANT:

ENV NIGHT LIFE LLC, et al.

| **NON SERVICE REPORT** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 2:15-cv-00509-JAK (Ex) |
|---|---|---|---|---|

I am and was on the dates herein mentioned a citizen of the United States, over 18 years of age and not a party to this action, and I received copies of the following:

Summons, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:
ENV GROUP LLC, a Delaware limited liability company

(1) BUSINESS: Corporation Trust Center 1209 Orange Street, Wilmington, DE 19801

Process is being returned without service for the following reason(s):

   1/27/2015 3:00 PM   at address (1) above. Other. REJECTED -They are not the registered agent for this entity. DE SOS records were
searched and it was revealed that there is no such named company incorporated in DE.

Fee for Service: $ 53.95

Not a registered California process server.

Daniel Newcomb
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Daniel Newcomb*

Daniel Newcomb

OL# 1775179

EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Ismail Amin, 231232<br>The Amin Law Group, Ltd.<br>2211 Michelson Drive<br>Irvine, CA 92612<br>ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.: (949) 502-7715<br><br>Ref. No. or File No.<br>Daly v. EnV | FOR COURT USE ONLY |
|---|---|---|

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
312 N. Spring St. #G-8
Los Angeles, CA 90012

PLAINTIFF:

Anthony Daly, et al.

DEFENDANT:

ENV Night Life LLC, et al.

| **NON SERVICE REPORT** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER<br>2:15-cv-00509-JAK-(Ex) |
|---|---|---|---|---|

I am and was on the dates herein mentioned a citizen of the United States, over 18 years of age and not a party to this action, and I received copies of the following:
Summons, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:
Adam David Lynd, also known as David Lynd
(1) HOME: 25 Stratton Lane, San Antonio, TX 78257-1279

Process is being returned without service for the following reason(s):

  1/30/2015 10:00 AM   at address (1) above. No answer. Multi-million dollar property. Chevy Equinox -plate # CJH8797 & Bentley
-plate #AKL.
  1/31/2015 9:35 AM   at address (1) above. Other. Subject moved out per Aspen (14 years old). Stated subject lives in Los Angeles, CA.
This is the home of subject's ex-wife.

Fee for Service: $ 249.95

Not a registered California process server.

Mark Steiner
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Mark Steiner*
Mark Steiner

OL# 1775220

# EXHIBIT C

Your Current Reference ID: NONE
*We're sorry, there were no results found for people named ADAM DAVID LYND located at 2200 HERCULES DR.*

Skip Trace for - 7379732

EXHIBIT D

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> Ismail Amin, 231232 <br> The Amin Law Group, Ltd. <br> 2211 Michelson Drive <br> Irvine, CA 92612 <br> ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.: <br> (949) 502-7715 <br> <br> Ref. No. or File No. <br> Daly v. EnV | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court, judicial district or branch court, if any: <br> United States District Court, Central District of California <br> 312 N. Spring St. #G-8 <br> Los Angeles, CA 90012 | | |
| PLAINTIFF: <br> Anthony Daly, et al. | | |
| DEFENDANT: <br> ENV Night Life, LLC, et al. | | |
| **NON SERVICE REPORT** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: <br> 2:15-cv-00509-JAK (Ex) |

I am and was on the dates herein mentioned a citizen of the United States, over 18 years of age and not a party to this action, and I received copies of the following:
Summons, Complaint, Civil Case Cover Sheet, Certificate and Notice of Interested Parties

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:
Adam David Lynd, an individual, also known as David Lynd

(1) BUSINESS: The Lynd Company 8000 Interstate Highway 10, Suite 1200, San Antonio, TX 78230

Process is being returned without service for the following reason(s):

3/26/2015 1:50 PM at address (1) above. Other. Business name, "Lynd Company", however Adam David Lynd (Adam Jr.) does not work there, per front desk, this is his father's Adam Lynd Sr.'s company
4/6/2015 9:30 AM at address (1) above. Other. Spoke with Janie Wallis, stated she wouldn't give out any information on subject & that he no longer has an office here. She said she would e-mail the subject & give server's # to him.

Fee for Service: $ 169.95

Not a registered California process server.

Mark Steiner
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Mark Steiner_
Mark Steiner

OL# 1775742

# EXHIBIT E

MICHAEL LYND - 113 OTTAWA RUN - SHAVANO PARK - TX - People

FOR PROCESS SERVING PURPOSES ONLY

2 results found for people named MICHAEL LYND located at 113 OTTAWA RUN, SHAVANO PARK, TEXAS.

Subject 1 of 2:
MICHAEL JOSEPH LYND SR, 71 Years Old (San Antonio, TX, Shavano Park, TX)   113 OTTAWA RUN, SHAVANO PARK, TX 78231-1457 (BEXAR COUNTY) (07/1977 to 04/20/2015)

MICHAEL JOSEPH LYND SR (04/01/1986 to 01/07/2015)

Possible Relatives
Adam David Lynd 08/1974 Age: 40
Angela Kay Lynd 01/1971 Age: 44
Christine Perron Lynd 12/1973 Age: 41
Michael J Lynd 08/1972 Age: 42
Patricia Ann Lynd 03/1947 Age: 68

Cities
San Antonio, TX (05/1986 to 12/2014)
Shavano Park, TX (07/1977 to 01/07/2015)

Counties
Bexar County, TX (07/1977 to 01/07/2015)

Possible Emails
mjlsr@san.rr.com
mlynd@aol.com
mjlsr@satx.rr.com
michaellynd@worldnet.att.net
mlynd@juno.com
mlynd@hotmail.com
mlynd@gmail.com

SSN: 365-48-xxxx
Issued: MICHIGAN 1963

Date of Birth
DOB: 03/XX/1944
Age: 71

Indicators
Bankruptcies: None Found
Liens: None Found
Judgments: 1 Found, Latest in 2009

Possible Other Phones
(210) 492-8155 (CT) (LandLine)(99%)
(210) 698-8848 (CT) (LandLine)(98%)
(210) 602-9619 (CT) (Mobile)(87%)
(210) 602-7940 (CT) (Mobile)(58%)
(210) 733-6125 (CT)(40%)
(210) 861-9619 (CT) (Mobile)(34%)
(210) 798-8114 (CT)(31%)
(210) 798-8122 (CT)(31%)
(210) 798-8124 (CT)(8%)
(210) 342-6050 (CT)(6%)

SSN: 365-48-XXXX reported deceased:
Subject Using Deceased Individual's SSN
Name: Lavern Turner
DOB: 10/1945
DOD: 04/1980, Died at 34
SSN: 365-48-xxxx
Issued: MICHIGAN 1963
Last Residence: JOLIET, IL 60433 (WILL COUNTY)

Dates at Searched Location: 07/1977 to 04/20/2015

TX Driver's License Detail:
04688434
MICHAEL JOSEPH LYND JR.
525 E MANDALAY DR, SAN ANTONIO, TX 78212-1747 (BEXAR COUNTY)
DOB: 08/1972
Issued: 11/06/2014
First Issued: 11/06/2014

FOR PROCESS SERVING PURPOSES ONLY

MICHAEL LYND - 113 OTTAWA RUN - SHAVANO PARK - TX - People

## Address History (5)

▶ **113 OTTAWA RUN, SHAVANO PARK, TX 78231-1457 (BEXAR COUNTY)** (07/1977 to Present)
  1 Current Private Phone
  Possible Subject's Phone
  NOT PUBLISHED - LYND, MICHAEL J

**8000 W INTERSTATE 10 STE 1200, SAN ANTONIO, TX 78230-3872 (BEXAR COUNTY)** (06/01/1995 to 03/2015)
Address contains: 34 suites, 1 floor
67 Current Commercial Phones

**25 STRATTON LN, SAN ANTONIO, TX 78257-1279 (BEXAR COUNTY)** (10/1999 to 03/2013)

**5710 W INTERSTATE 10, SAN ANTONIO, TX 78201-2813 (BEXAR COUNTY)** (05/1988 to 02/09/2007)
Subdivision Name: GREENLAWN ESTATES NCB

**3230 SWANDALE DR, SAN ANTONIO, TX 78230-4404 (BEXAR COUNTY)** (02/1990 to 02/1997)
Subdivision Name: HIDDEN CRK UN NCB
Current Private Phone at address
(210) 525-1449(CT) - SAUCEDO, EDDIE

---

Subject 2 of 2:
**MICHAEL J LYND, 42 Years Old (Bandera County, TX, Bexar County, TX)**      **113 OTTAWA RUN, SHAVANO PARK, TX 78231-1457 (BEXAR COUNTY)** (01/1995 to 04/20/2015)

**MICHAEL J LYND** (06/01/1992 to 01/07/2015)
**MIKE JOSEPH LYND** (06/29/2014 to 08/30/2014)
**MICHAEL JOSEPH LYND** (08/19/2010 to 11/06/2013)
**MIKE J LYND** (06/01/2001 to 02/01/2009)
**MIKE LYND**

Other Observed Names
**MIKE J LYWD** (06/01/2001 to 08/30/2014)

**Possible Relatives**
Inosencio Garza Arce 08/1939 Age: 75
Adam David Lynd 08/1974 Age: 40
Angela Kay Lynd 01/1971 Age: 44
Christine Perron Lynd 12/1973 Age: 41
Michael Joseph Lynd SR 03/1944 Age: 71
Patricia Ann Lynd 03/1947 Age: 68

**Indicators**
Bankruptcies: **None Found**
Liens: **1 Found, Latest in 2012**
Judgments: **1 Found, Latest in 2009**

SSN: **449-97-XXXX**
Issued: TEXAS 1988

**Date of Birth**
DOB: **08/XX/1972**

**Cities**
Lakehills, TX (07/2007)
San Antonio, TX (02/1992 to 01/07/2015)
Shavano Park, TX (01/1995 to 08/22/2014)

Died at 67

**Possible Other Phones**
(210) 492-8155 (CT) (LandLine)(99%)
(210) 698-8848 (CT) (LandLine)(99%)
(210) 602-9619 (CT) (Mobile)(81%)
(210) 602-7940 (CT) (Mobile)(58%)
(210) 733-6125 (CT)(40%)
(210) 491-4197 (CT)(36%)
(210) 861-9619 (CT) (Mobile)(34%)
(210) 798-8138 (CT)(33%)
(210) 798-8114 (CT)(31%)

**Counties**
Bandera County, TX (07/2007 to 07/2007)
Bexar County, TX (02/1992 to 01/07/2015)

**Possible Emails**
michaellynd@worldnet.att.net
mlynd@aol.com
mlynd@hotmail.com
mlynd@juno.com
mlynd@att.net

MICHAEL LYND - 113 OTTAWA RUN - SHAVANO PARK - TX - People

FOR PROCESS SERVING PURPOSES ONLY

Age: **42**

Dates at Searched Location: **01/1995 to 04/20/2015**

TX Driver's License Detail:
**04688434**
**MICHAEL JOSEPH LYND JR.**
**525 E MANDALAY DR,  SAN ANTONIO, TX 78212-1747 (BEXAR COUNTY)**
DOB: **08/1972**
Issued: **11/06/2014**
First Issued: **11/06/2014**

(210) 798-8119 (CT)(29%)

### Address History (14)

➤ **113 OTTAWA RUN,  SHAVANO PARK, TX 78231-1457 (BEXAR COUNTY)** (01/1995 to Present)
   1 Current Private Phone
   Possible Subject's Phone
   NOT PUBLISHED - LYND, MICHAEL J

**525 E MANDALAY DR,  SAN ANTONIO, TX 78212-1747 (BEXAR COUNTY)** (07/25/2014 to 04/17/2015)
Subdivision Name: **OLMOS PARK ESTATES CB**
   1 Current Private Phone
   Current Private Phone at address
   (210) 822-1012(CT) - BRANCH, WARREN

**8000 W INTERSTATE 10 STE 1200,  SAN ANTONIO, TX 78230-3872 (BEXAR COUNTY)** (09/2001 to 04/07/2015)
Address contains: **34 suites, 1 floor**
   67 Current Commercial Phones

**52 ETON GREEN CIR,  SAN ANTONIO, TX 78257-1638 (BEXAR COUNTY)** (04/2000 to 04/07/2015)
Subdivision Name: **CLOISTERS DOMINION**

**320 E MANDALAY DR,  SAN ANTONIO, TX 78212-1742 (BEXAR COUNTY)** (06/30/2011 to 12/30/2014)
Subdivision Name: **OLMOS PARK ESTATES**

**214 GEDDINGTON,  SHAVANO PARK, TX 78249-2064 (BEXAR COUNTY)** (08/22/2014 to 08/22/2014)
Subdivision Name: **SHAVANO PARK UN**
   1 Current Private Phone
   Current Private Phone at address

Page 3 of 5   04/20/2015

FOR PROCESS SERVING PURPOSES ONLY

MICHAEL LYND - 113 OTTAWA RUN - SHAVANO PARK - TX - People

(210) 493-7874(CT) - GRIFFIN, ROBERT

680 E BASSE RD, SAN ANTONIO, TX 78209-7431 (BEXAR COUNTY) (07/18/2014 to 07/18/2014)
  Current Commercial Phones at address
  (210) 821-1333(CT) - MERIDIAN APARTMENTS
  (844) 229-3174 - THE MERIDIAN
  Current Government Phone at address
  (210) 593-6989(CT) - MERIDIAN

510 NORMANDY AVE, SAN ANTONIO, TX 78209-4428 (BEXAR COUNTY) (07/22/2013 to 07/22/2013)
Subdivision Name: ALAMO HEIGHTS
  1 Current Private Phone
  Current Private Phones at address
  (210) 735-2677(CT) - MATTHEWS, GRAHAM
  (210) 463-9791(CT) - WAIBEL, MARY

215 ANNIE ST UNIT A, SAN ANTONIO, TX 78212-2872 (BEXAR COUNTY) (05/22/2013 to 05/22/2013)
Subdivision Name: DENVERSIDE NCB
Address contains: 6 units
  1 Current Private Phone
  Current Private Phone at address
  (210) 957-0558(CT) - CRESTENZO, MIKE

80001 H 10 W # J200, SAN ANTONIO, TX 78230 (BEXAR COUNTY) (04/30/2012 to 04/30/2012)

745 LOOKOUT DR, LAKEHILLS, TX 78063-6491 (BANDERA COUNTY) (07/2007 to 07/2007)
Subdivision Name: PEBBLE BEACH
  1 Current Private Phone
  Current Private Phone at address
  (830) 751-2703(CT) - LYND, CHRISTINE

15507 BIG TRAIL DR, SAN ANTONIO, TX 78232-3411 (BEXAR COUNTY) (12/1998 to 05/01/2001)
Subdivision Name: HIDDEN FOREST UN NCB

6634 SHADY BEND DR, SAN ANTONIO, TX 78256-2000 (BEXAR COUNTY) (10/1995 to 12/1998)
Subdivision Name: WALDEN MDWS GARDEN HMS

3230 SWANDALE DR, SAN ANTONIO, TX 78230-4404 (BEXAR COUNTY) (02/1992 to 06/1993)
Subdivision Name: HIDDEN CRK UN NCB
  1 Current Private Phone
  Current Private Phone at address
  (210) 525-1449(CT) - SAUCEDO, EDDIE

MICHAEL LYND - 113 OTTAWA RUN - SHAVANO PARK - TX - People

FOR PROCESS SERVING PURPOSES ONLY

Page 5 of 5   04/20/2015

# EXHIBIT F

United States District Court        Central District of California

Anthony Daly v. ENV Night Life, LLC et al

Civil Action No. 2:15-cv-00509-JAK (Ex)

## AFFIDAVIT OF NON-SERVICE

The undersigned hereby declares that she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein. Declarant states she affected non-service of a Summons (ENV Group LLC), Summons (ENV Group Holdings LLC), Summons (ENV Night Life LLC), Summons (Adam David Lynd) Complaint, Civil Cover Sheet, Certificate and Notice of Interested Parties on:

Adam David Lynd, aka Adam David, aka David Lynd

*Service was unable to be effected* due to the following:

Service was attempted multiple times on April 24 & 25, 2015 at the Grand Opening of the Icon Night Club, 314 Jefferson St., Lafayette, La 70501. Server Andrea Mitchell, a Licensed Louisiana Private Investigator, arrived at 9:00 pm and was told the club could not open until the fire marshal arrived to inspect and approve the premises. Ms. Mitchell, who was accompanied by Louisiana Licensed Private Investigator Lori Bernard as a witness, asked for Adam David Lynd outside at 9:10 pm and was told he was busy. Server and witness entered the club at 10:00 pm paying the admission charge of $20 each; no tickets or receipts were provided. There were minimal patrons inside but many employees and security type individuals. Server asked for Adam David Lynd several additional times between the hours of 10:00 pm and 1:00 pm with different responses as to his whereabouts. Server asked for Mr. Lynd at 9:10 pm, 10:30 pm, 11 pm, 11:40 pm and 12:20 am and was told respectively he was "busy", "unavailable", "in a meeting", "having downtime", and lastly, "no longer there". This server had photos of Mr. Lynd and therefore knowledge of his appearance. The subject was not seen at the venue mingling with patrons and was not accessible to the public or attendees of the event. Server remained on site hoping to spot Mr. Lynd, however with no success by 1 am on Saturday, 4/25/2015 efforts were suspended.

Affiant hereby states under penalty of perjury under the laws of the State of Louisiana that the statement above is true and correct.

SWORN TO AND SUBSCRIBED

Andrea L. Mitchell, Process Server
Licensed Louisiana Private Investigator

BEFORE ME THIS 30th

DAY OF APRIL 2015.

(Signature of Notary Public)   42531

EXHIBIT G

CAUSE NO. 2:15-CV-00509-JAK (EX)

| | | |
|---|---|---|
| ANTHONY DALY, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | COUNTY, TEXAS |
| | § | |
| ENV NIGHT LIFE LLC, ET AL, | § | |
| | § | |
| Defendant. | § | UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA |

## AFFIDAVIT OF DUE DILIGENCE

On this day personally appeared MARK STEINER who, being by me duly sworn, deposed and said:

"The following came to hand on May 7, 2015, 5:00 pm,

### SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; STANDING ORDERS,

For delivery to ADAM DAVID LYND, ALSO KNOWN AS DAVID LYND

1) Unsuccessful Attempt: May 8, 2015, 5:50 am CDT at 17803 LA CANTERA TERRACE, SAN ANTONIO, TX 78256
Arrived at location. This is a high end apartment complex with a hotel, restaurants and other shops. There is a guest entrance and the residents park in a secured under parking garage. This building is more like an office building, but has apartments. It is a closed building with hallways and no open areas. Directory only lists apartment #'s without names. I waited by the general entrance. By 9:45am no one had come or left the building matching subject's description or photo provided.

2) Unsuccessful Attempt: May 8, 2015, 9:45 am CDT at 17803 LA CANTERA TERRACE, SAN ANTONIO, TX 78256
Called apartment #11201 on the intercom and it went to an answering machine.

3) Unsuccessful Attempt: May 8, 2015, 9:50 am CDT at 17803 LA CANTERA TERRACE, SAN ANTONIO, TX 78256
I was let into the apartment building by an occupant and knocked on the door of apartment #11201. There was no answer at the door. There was a trash can outside the apartment door, but there was nothing in the trash that would indicate subject was here.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

MARK STEINER
SCH2390 exp. 12/31/15

# EXHIBIT H

CAUSE NO. 2:15-CV-00509-JAK-E

| ANTHONY DAY | § | UNITED STATES DISTRICT COURT |
| --- | --- | --- |
| | § | |
| VS | § | FOR THE |
| | § | |
| ENV NIGHT LIFE, LLC ET AL | § | |
| | § | CENTRAL DISTRICT OF CALIFORNIA |

**Affidavit of Non-Service**

My name is <u>DAVID BUSH</u>. I am over (18) years of age and have never been convicted of a crime, have personal knowledge of the facts recited herein, and am not a party to or have any interest in the above entitled and numbered cause.

"I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct: I attempted to serve <u>ADAM DAVID LYND A/K/A DAVID LYND</u> on the following occasions:

| DATE | TIME | ADDRESS | COMMENT |
| --- | --- | --- | --- |
| 05/07/2015 | 05:45 AM | 113 OTTAWA RUN, SHAVANO PARK, TX 78231 | I arrived at 5:55 am. No movement till 7:00 am when I observed an elderly white man 70s 6 foot bringing out the garbage cans. At around 7:30 he left in a Black Cadillac SUV, I could not make out the plates. He returned about 30 minutes later. There was a car in the loop drive (12ENV) white Mercedes SUV and a black ford explorer (dvn 7211?) I could not get a good look at plates without getting on property. There was no activity until 10:00 when I left. I have time stamp photos showing GPS coordinates taken at 6 am and 10 am if needed. |

After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served.

SIGNED THIS __19__ day of __May__, 2015.

AFFIANT _David Bush_

**DAVID BUSH SCH 11303**
Expiration Date: **01/31/2018**

Subscribed and sworn before me on this __19__ day of __May__, 2015.

_Notary Public, State of Texas_

ANDREW C. MANGER, IV
Notary Public, State of Texas
My Commission Expires
April 03, 2017

2015002094

15-05-1858.1