# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE:**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2211 Michelson Drive, Suite 1270, Irvine, CA 92612.**

On the below date, I served a copy of: **DECLARATION OF ISMAIL AMIN, ESQ. IN RESPONSE TO OSC RE:DISMISSAL FOR LACK OF PROSECUTION REGARDING DEFENDANTS ADAM DAVID LYND AND ENV GROUP, LLC** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801
***Agent for Service of Process for EnV Group Holdings LLC***

The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801
***Agent for Service of Process for EnV Nightlife LLC***

__X__   **(BY MAIL)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Irvine, California, in the ordinary course of such business.

_____   **(BY FACSIMILE)**
On the below date, I transmitted the foregoing document(s) by facsimile sending number. Pursuant to rule 2.306(3)(4), I caused the machine to print a transmission record of the transmission.

_____   **(BY E-MAIL)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for electronically mailing. The foregoing was processed and emailed on this date consistent with the ordinary business practice of my place of employment, at Irvine, California, in the ordinary course of such business.

1

PROOF OF SERVICE

\_\_\_\_\_ **(BY OVERNIGHT EXPRESS)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Overnight Express. Under the processing of correspondence pleadings and notices for delivery by Overnight Express. Under the practice it would be deposited with Overnight Express on that same day with postage thereon fully prepared at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Overnight Express is more than one day after of deposit with Overnight Express. Executed on the below date, at Irvine, California.

\_\_\_\_\_ **(BY PERSONAL SERVICE)**
I caused to be delivered such envelope by hand to the addressee noted above. Executed on the below date, at Irvine California

\_\_X\_\_ **(STATE)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 15, 2015, at Irvine, California

_____
Daniella Flandez

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

2

**PROOF OF SERVICE**