1  Ismail Amin, Bar No: 231232      (949) 502-7715
   The Amin Law Group, Ltd. 2211
2  Michelson Drive Irvine, CA 92612
   Representing: Plaintiff Anthony Daly
3

United States District Court, Central District of California

Central District of California - District - Los Angeles - 312 N.

| | |
|---|---|
| ANTHONY DALY, et al.<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>ENV NIGHT LIFE LLC, et al.<br><br>Defendant/Respondent | Case No: 2:15-cv-00509-JAK (Ex)<br><br>Proof of Service of:<br>Summons, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties, and Standing Orders<br><br>Service on:<br>ADAM DAVID LYND, also known as DAVID LYND an Individual<br><br>Hearing Date:<br>Hearing Time:<br>Div/Dept: |

PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ismail Amin, 231232<br>The Amin Law Group, Ltd.<br>2211 Michelson Drive<br>Irvine, CA 92612 | (949) 502-7715 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Daly v. EnV | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
312 N. Spring St. #G-8
Los Angeles, CA 90012

PLAINTIFF:
ANTHONY DALY, et al.

DEFENDANT:
ENV NIGHT LIFE LLC, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>2:15-cv-00509-JAK(Ex) |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Summons, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties, and Standing Orders

2. Party Served: ADAM DAVID LYND, also known as DAVID LYND, an Individual

3. Person Served: ADAM DAVID LYND

4. Date & Time of Delivery: 7/30/2015    8:20 AM

5. Address, City and State: Sofitel Chicago Water Tower
20 E. Chestnut St.
Chicago, IL 60611

6. Manner of Service: Personal Service - By personally delivering copies.

Not a registered California process server.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature: _____
Tyler DeRoo