1  Ismail Amin, Bar No: 231232          (949) 502-7715
   The Amin Law Group, Ltd. 2211
2  Michelson Drive Irvine, CA 92612
   Representing: Plaintiff Anthony Daly
3

United States District Court, Central District of California

Central District of California - District - Los Angeles - 312 N.

ANTHONY DALY, et al.

    Plaintiff/Petitioner

vs.

ENV NIGHT LIFE LLC, et al.

    Defendant/Respondent

Case No: 2:15-cv-00509-JAK (Ex)

Proof of Service of:
    Summons, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties, and Standing Orders

Service on:
    ENV GROUP LLC, a Delaware limited liability company

Hearing Date:
Hearing Time:
Div/Dept:

PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Ismail Amin, 231232<br>The Amin Law Group, Ltd.<br>2211 Michelson Drive<br>Irvine, CA 92612 | TELEPHONE NO.:<br>(949) 502-7715 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Daly v. EnV | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
312 N. Spring St. #G-8
Los Angeles, CA 90012

PLAINTIFF:
ANTHONY DALY, et al.

DEFENDANT:
ENV NIGHT LIFE LLC, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>2:15-cv-00509-JAK (Ex) |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Summons, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties, and Standing Orders

2. Party Served:           ENV GROUP LLC, a Delaware limited liability company

3. Person Served:          ADAM DAVID LYND

4. Date & Time of Delivery:    7/30/2015        8:20 AM

5. Address, City and State:    Sofitel Chicago Water Tower
                               20 E. Chestnut St.
                               Chicago, IL 60611

6. Manner of Service:      Personal Service - By personally delivering copies.

Not a registered California process server.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature: _____
Tyler DeRoo