**THE AMIN LAW GROUP, LTD.**
Ismail Amin, Esq. (SBN 231232)
Saehwa Kang, Esq. (SBN 243238)
Katherine J. Vescera, Esq. (SBN 287171)
221 Michelson Drive, Suite 1270
Irvine, CA 92612
Telephone: (949) 502-7715
Facsimile: (949) 266-8406

Attorneys for Plaintiff ANTHONY DALY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DALY, an individual, | Case No. 2:15-cv-00509-JAK-E |
| Plaintiff, | **APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ADAM DAVID LYND PURSUANT TO FRCP 55(A)** |
| vs. | |
| ENV NIGHT LIFE LLC, a Delaware limited liability company; ENV GROUP HOLDINGS LLC, a Delaware limited liability company; ENV GROUP LLC, a Delaware limited liability company, and ADAM DAVID LYND, an individual, also known as DAVID LYND, and DOES 1 through 25, inclusive, | *[Filed concurrently with the Declaration of Ismail Amin, Esq. in Support of Application for Entry of Default Against Adam David Lynd Pursuant to FRCP 55(a)]* |
| Defendants. | |

//
//
//

1

APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ADAM DAVID LYND PURSUANT TO FRCP 55(A)

# APPLICATION FOR ENTRY OF DEFAULT

To the Clerk of the United States District Court for the Central District of California:

As provided by Rule 55(a) of the *Federal Rules of Civil Procedure*, Plaintiff ANTHONY DALY ("Plaintiff") requests that the Clerk enter the default of the following Defendant ADAM DAVID LYND ("Defendant LYND") for failure to plead or otherwise defend against this action in a timely manner as follows:

Plaintiff filed a Complaint against Defendant LYND on January 22, 2015. [*Docket No. 1*]. The Court issued a Summons to Defendant LYND on January 23, 2015. [*Docket No. 3*]. Defendant LYND was served with a copy of the Summons and Complaint on July 30, 2015, as evidenced by the proof of service on file with this Court. **Exhibit A** *to the "Declaration of Ismail Amin, Esq.",* ¶¶ 4-5. Accordingly, Defendant LYND had until August 20, 2015, to file an answer or responsive pleading. *Federal Rule of Civil Procedure* 12(a)(1)(A). As of August 25, 2015, Defendant LYND has not served Plaintiff with an answer or responsive pleading. *"Declaration of Ismail Amin, Esq.",* ¶ 6. Furthermore, Defendant LYND neither requested nor was granted any extension to respond to the Complaint by Plaintiff. *"Declaration of Ismail Amin, Esq.",* ¶ 6.

Plaintiff, therefore, requests that the Clerk enter default against Defendant LYND in accordance with *Federal Rule of Civil Procedure* 55(a).

DATED: August 25, 2015.

THE AMIN LAW GROUP, LTD.

_____
ISMAIL AMIN, ESQ.
SAEHWA KANG, ESQ.
KATHERINE J. VESCERA, ESQ.
*Attorneys for Plaintiff ANTHONY DALY*

APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ADAM DAVID LYND PURSUANT TO FRCP 55(A)

## [PROPOSED] DEFAULT

It appearing from the files and records in the above-entitled action, as well as from the Declaration of Ismail Amin, Esq., appended hereto as **Exhibit 1**, that Defendant ADAM DAVID LYND (hereinafter, "Defendant LYND"), having been served with a copy of the Summons and Complaint on the 30th day of July, 2015, that more than twenty one (21) days having expired since service upon Defendant LYND, that no answer or other appearance having been filed, and no further time having been requested or granted to respond to the Complaint.

Now, therefore, on request of counsel for Plaintiff ANTHONY DALY ("Plaintiff"), the DEFAULT of Defendant LYND for failing to answer or otherwise plead to Plaintiff's Complaint is hereby entered.

DATED: _____ ____, 2015.

CLERK OF THE COURT

By: _____
Deputy Clerk

//
//
//

APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ADAM DAVID LYND PURSUANT TO FRCP 55(A)

Submitted on this 25th of August, 2015.

                                 **THE AMIN LAW GROUP, LTD.**

By: _/s/ Ismail Amin_
ISMAIL AMIN, ESQ.
SAEHWA KANG, ESQ.
KATHERINE J. VESCERA, ESQ.
The Amin Law Group, Ltd.
*Attorneys for Plaintiff*
*ANTHONY DALY*

# EXHIBIT 1

THE AMIN LAW GROUP, LTD.
Ismail Amin, Esq. (SBN 231232)
Saehwa Kang, Esq. (SBN 243238)
Katherine J. Vescera, Esq. (SBN 287171)
2211 Michelson Drive, Suite 1270
Irvine, California 92612
Telephone: (949) 502-7715
Facsimile: (949) 266-8406

Attorneys for Plaintiff ANTHONY DALY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DALY, an individual, | Case No. 2:15-cv-00509-JAK-E |
| Plaintiff, | **DECLARATION OF ISMAIL AMIN, ESQ., IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ADAM DAVID LYND PURSUANT TO FRCP 55(A)** |
| vs. | |
| ENV NIGHT LIFE LLC, a Delaware limited liability company; ENV GROUP HOLDINGS LLC, a Delaware limited liability company; ENV GROUP LLC, a Delaware limited liability company, and ADAM DAVID LYND, an individual, also known as DAVID LYND, and DOES 1 through 25, inclusive, | [*Filed concurrently with Application for Entry of Default Against Defendant ADAM DAVID LYND Pursuant to FRCP 55(a)*] |
| Defendants. | |

//

//

//

1

DECLARATION OF ISMAIL AMIN, ESQ., IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ADAM DAVID LYND PURSUANT TO FRCP 55(A)

I, ISMAIL AMIN, ESQ., DECLARE AS FOLLOWS:

1. I am an attorney at law duly licensed and authorized to practice in all courts of the State of California. I am founder of The Amin Law Group, Ltd., counsel of record for Plaintiff ANTHONY DALY (hereinafter, "Plaintiff"), in the above-captioned matter.

2. The facts in this Declaration are based on my personal knowledge and, if called as a witness, I could and would competently testify thereto under oath.

3. I make this Declaration in support of an entry of default against Defendant ADAM DAVID LYND (hereinafter, "Defendant LYND").

4. I caused the filing with this Court of Plaintiff's Complaint naming Defendant LYND, on January 22, 2015. [*Docket No. 1*]. The Court issued a Summons to Defendant LYND on January 23, 2015. [*Docket No. 3*].

5. On July 30, 2015, pursuant to Rule 4 *of the Federal Rules of Civil Procedure*, Defendant LYND was personally served with a copy of the Summons and Complaint, as evidenced by the Proof of Service on file with this Court and attached herein. **Exhibit A.**

6. Pursuant to Rule 12 of the *Federal Rules of Civil Procedure,* Defendant LYND was required to plead or otherwise respond to the Complaint by August 20, 2015. To the best of my knowledge, more than twenty one (21) days have passed without any responsive pleading, answer, or appearance made by Defendant LYND. The applicable time limit for responding to the Complaint has thereby expired. Furthermore, the time to plead or otherwise respond to the Complaint has not been extended.

7. Defendant LYND is not a minor or incompetent person.

8. Defendant LYND is not currently in the military service, and therefore the *Service members Civil Relief Act* (50 U.S.C. § 521) does not apply.

//
//
//

DECLARATION OF ISMAIL AMIN, ESQ., IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT
AGAINST DEFENDANT ADAM DAVID LYND PURSUANT TO FRCP 55(A)

9. Plaintiff has provided notice to Defendant LYND of this Application for Entry of Default, though Plaintiff is not required to do so pursuant to *Federal Rule of Civil Procedure* 55(b)(2) as Defendant LYND has not appeared personally or by a representative.

EXECUTED this 25th day of August, 2015.

_____
ISMAIL AMIN, ESQ.

3

DECLARATION OF ISMAIL AMIN, ESQ., IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT
AGAINST DEFENDANT ADAM DAVID LYND PURSUANT TO FRCP 55(A)

# EXHIBIT A

1  Ismail Amin, Bar No: 231232          (949) 502-7715
   The Amin Law Group, Ltd. 2211
2  Michelson Drive Irvine, CA 92612
   Representing: Plaintiff Anthony Daly
3

United States District Court, Central District of California

Central District of California - District - Los Angeles - 312 N.

| | |
|---|---|
| ANTHONY DALY, et al. | Case No: 2:15-cv-00509-JAK (Ex) |
| Plaintiff/Petitioner | Proof of Service of: |
| vs. | Summons, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties, and Standing Orders |
| ENV NIGHT LIFE LLC, et al. | |
| Defendant/Respondent | |
| | Service on: |
| | ADAM DAVID LYND, also known as DAVID LYND an Individual |
| | Hearing Date: |
| | Hearing Time: |
| | Div/Dept: |

PROOF OF SERVICE

Case 2:15-cv-00509-JAK-E   Document 34   Filed 08/05/15   Page 2 of 2   Page ID #:323

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Ismail Amin, 231232<br>The Amin Law Group, Ltd.<br>2211 Michelson Drive<br>Irvine, CA 92612<br>ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.: (949) 502-7715<br>Ref. No. or File No. Daly v. EnV | FOR COURT USE ONLY |
|---|---|---|

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
312 N. Spring St. #G-8
Los Angeles, CA 90012

PLAINTIFF:
ANTHONY DALY, et al.

DEFENDANT:
ENV NIGHT LIFE LLC, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER 2:15-cv-00509-JAK (Ex) |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Summons, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties, and Standing Orders

2. Party Served: ADAM DAVID LYND, also known as DAVID LYND, an Individual

3. Person Served: ADAM DAVID LYND

4. Date & Time of Delivery: 7/30/2015   8:20 AM

5. Address, City and State: Sofitel Chicago Water Tower
20 E. Chestnut St.
Chicago, IL 60611

6. Manner of Service: Personal Service - By personally delivering copies.

Not a registered California process server.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature: _____
Tyler DeRoo

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE:**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2211 Michelson Drive, Suite 1270, Irvine, CA 92612.**

On the below date, I served a copy of: **APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ADAM DAVID LYND PURSUANT TO FRCP 55(A)** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801
***Agent for Service of Process for EnV Group Holdings LLC***

The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801
***Agent for Service of Process for EnV Nightlife LLC***

__X__   **(BY MAIL)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Irvine, California, in the ordinary course of such business.

_____   **(BY FACSIMILE)**
On the below date, I transmitted the foregoing document(s) by facsimile sending number. Pursuant to rule 2.306(3)(4), I caused the machine to print a transmission record of the transmission.

_____   **(BY E-MAIL)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for electronically mailing. The foregoing was processed and emailed on this date consistent with the ordinary business practice of my place of employment, at Irvine, California, in the ordinary course of such business.

1

1  \_\_\_\_\_ **(BY OVERNIGHT EXPRESS)**
2  I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Overnight Express. Under the processing of correspondence pleadings and notices for delivery by Overnight Express. Under the practice it would be deposited with Overnight Express on that same day with postage thereon fully prepared at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Overnight Express is more than one day after of deposit with Overnight Express. Executed on the below date, at Irvine, California.

7  \_\_\_\_\_ **(BY PERSONAL SERVICE)**
8  I caused to be delivered such envelope by hand to the addressee noted above. Executed on the below date, at Irvine California

9  \_X\_   **(STATE)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 25, 2015, at Irvine, California

_____
Erika Mejia

2

**PROOF OF SERVICE**