# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Daly | CASE NUMBER |
| PLAINTIFF(S) | 2:15-CV-509-JAK(Ex) |
| v. | |
| ENV Night Life, LLC | **DEFAULT BY CLERK** <br> **F.R.Civ.P. 55(a)** |
| DEFENDANT(S). | |

 It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

 Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

ENV Group LLC, a Delaware limited liability company

Adam David Lynd

Clerk, U. S. District Court

| | |
|---|---|
| August 26, 2015 | By Brent_Pacillas@cacd.uscourts.gov |
| Date | Deputy Clerk |

CV-37 (10/01)      **DEFAULT BY CLERK F.R.Civ.P. 55(a)**