**THE AMIN LAW GROUP, LTD.**
Ismail Amin, Esq. (SBN 231232)
Saehwa Kang, Esq. (SBN 243238)
Katherine J. Vescera, Esq. (SBN 287171)
221 Michelson Drive, Suite 1270
Irvine, CA 92612
Telephone: (949) 502-7715
Facsimile: (949) 266-8406

Attorneys for Plaintiff ANTHONY DALY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DALY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ENV NIGHT LIFE LLC, a Delaware limited liability company; ENV GROUP HOLDINGS LLC, a Delaware limited liability company; ENV GROUP LLC, a Delaware limited liability company, and ADAM DAVID LYND, an individual, also known as DAVID LYND, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00509-JAK-E<br><br>**MOTION FOR CLERK'S ENTRY OF DEFAULT JUDGMENT PURSUANT TO FRCP 55(b)(1) AGAINST DEFENDANT ADAM DAVID LYND**<br><br>*[Filed concurrently with (1) Affidavit of Plaintiff Anthony Daly in Support of Motion for Clerk's Entry of Default Judgment Pursuant to FRCP 55(b)(1) and (2) Application to the Clerk to Tax Costs]* |

//
//
//

1

TO: CLERK OF THE ABOVE-NAMED COURT

In accordance with Rule 55(b)(1) of the *Federal Rules of Civil Procedure*, Plaintiff, ANTHONY DALY (hereinafter "Plaintiff"), hereby applies to the Clerk of this Court for entry of a default judgment against Defendant, ADAM DAVID LYND (hereinafter "Defendant LYND"), upon the Complaint heretofore filed and served upon Defendant LYND, and in support thereof states the following:

1. On August 26, 2015, the Clerk of this Court entered Defendant LYND's default for its failure to plead otherwise defend in this action as required in the Summons and the *Federal Rules of Civil Procedure* [Document No. 39].

2. The Complaint in this case claims actual and compensatory damages, and demands judgment therefore, in the amount of ONE HUNDRED TWENTY THOUSAND DOLLARS ($120,000.00) [Document No. 1]. As it appears from the Declaration of Plaintiff filed concurrently herewith, the amount due Plaintiff from Defendant LYND is at least ONE HUNDRED TWENTY THOUSAND DOLLARS ($120,000.00).

3. The Complaint in this case also prays for costs. According to the Application to the Clerk to Tax Costs filed concurrently herewith, total costs incurred by Plaintiff in this case amount to TWO THOUSAND THREE HUNDRED THIRTY-SEVEN DOLLARS AND FIFTEEN CENTS ($2,337.15).

4. FRCP 55(b)(1) provides:

> If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

5. Defendant LYND is neither a minor nor incompetent person.

6. Therefore, Plaintiff is entitled to have the Clerk of this Court enter judgment in favor of Plaintiff, ANTHONY DALY, and against Defendant LYND in

the sum of ONE HUNDRED TWENTY THOUSAND DOLLARS ($120,000.00), plus costs in the amount of TWO THOUSAND THREE HUNDRED THIRTY-SEVEN DOLLARS AND FIFTEEN CENTS ($2,337.15), and he so requests that it be done.

7. Plaintiff has provided notice to Defendant LYND of this Motion for Default and the abovementioned amount that Plaintiff requests.

RESPECTFULLY SUBMITTED on this 14th day of September, 2015.

**THE AMIN LAW GROUP, LTD.**

_____
ISMAIL AMIN, ESQ.
SAEHWA KANG, ESQ.
KATHERINE J. VESCERA, ESQ.
*Attorneys for Plaintiff ANTHONY DALY*