**THE AMIN LAW GROUP, LTD.**
Ismail Amin, Esq. (SBN 231232)
Saehwa Kang, Esq. (SBN 243238)
Katherine J. Vescera, Esq. (SBN 287171)
2211 Michelson Drive, Suite 1270
Irvine, California 92612
Telephone: (949) 502-7715
Facsimile:  (949) 266-8406

Attorneys for Plaintiff ANTHONY DALY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DALY, an individual, | Case No. 2:15-cv-00509-JAK (Ex) |
| Plaintiff, | |
| vs. | **SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR CLERK'S ENTRY OF DEFAULT JUDGMENT PURSUANT TO FRCP 55(b)(1) AGAINST DEFENDANT ADAM DAVID LYND; MEMORANDUM OF POINTS AND AUTHORITIES** |
| ENV NIGHT LIFE LLC, formerly known as ENV GROUP HOLDINGS LLC, a Delaware limited liability company; ENV GROUP LLC, a Delaware limited liability company; and ADAM DAVID LYND, an individual, also known as DAVID LYND, and DOES 1 through 25, inclusive, | |
| Defendants. | |

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

Pursuant to this Court's September 22, 2015 Order, wherein Plaintiff was ordered to provide a supplemental brief setting forth admissible evidence of the amounts being sought in his Motion for Entry of Default against Defendant David Adam Lynd ("LYND"), Plaintiff submits the following.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    INRODUCTION

The underlying matter inolves breach of a written employment agreement (the "Agreement") entered into on or around October 2013 between Plaintiff Anthony Daly ("Plaintiff") and Defendants ENV NIGHT LIFE LLC (hereinafter "NIGHLIFE"), ENV GROUP HOLDINGS LLC (hereinafter "GROUP HOLDINGS"), ENV GROUP LLC (hereinafter "GROUP"), and Defendant LYND (hereinafter "LYND") (collectively, "Defendants").    Between October 2013 and April 2014, Plaintiff performed all of the duties required of him under the Agreement.    Defendants, however, failed to perform.    Due to Defendants' failure to perform under the Agreement, and to respond to Plaintiff's numerous demands for compliance, Plaintiff filed this lawsuit, in which he seeks judgment for the damages incurred as a result of Defendants' breach of the Agrement.

### II.    PROCEDURAL BACKGROUND

Plaintiff filed his complaint ("Complaint") on January 22, 2015.  [Document No. 1.]  Defendants NIGHT LIFE and Group HOLDINGS were served on January 27,

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

SUPPLEMENTAL BRIEF IN SUPPORT OF ENTRY OF DEFAULT JUDGMENT
AGAINST DEFENDANT ADAM DAVID LYND

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

2015. [Document Nos. 12 and 13.]  Despite being properly served, neither Defendant filed any response whatsoever to the Complaint.  Accordingly, On March 5, 2015, Plaintiff applied to the Clerk for entry of default against Defendants NIGHT LIFE and GROUP HOLDINGS.  [Document Nos. 14 and 15.]  On May 6, 2015, the Clerk entered default judgment in favor of Plaintiff against GROUP HOLDINGS in the principal amount of $120,000, and costs of $514.55.  [Document No. 27.]  On that same date, the Clerk also the Clerk entered default judgment in favor of Plaintiff against NIGHT LIFE in the principal amount of $120,000, and costs of $472.55. [Document No. 28.]

Defendants GROUP and LYND were served on July 30, 2015.  [Document Nos. 34 and 35.]  Like Defendants NIGHT LIFE and GROUP HOLDINGS, neither GROUP nor LYND responded to the Complaint.  Therefore, Plaintiff applied for Clerk entry of default against Defendant GROUP and Defendant LYND on August 25, 2015. [Document Nos. 37 and 38.]  Despite the fact that joint and several liability for economic damages applies to all Defendants in the instant matter, and Plaintiff requested judgment for the identical principal amount as to all Defendants, Plaintiff's applications as to Defendants GROUP and LYND were rejected.

## III.    ARGUMENT

California is a joint and several liability jurisdiction.  Under the joint and several liability doctrine, tortfeasors are held jointly and severally liable for economic

damages. *Cal. Civ. Code* §§1431 and 1431.2 (1986); *Evangelatos v. Superior Court*, 753 P.2d 585 (Cal. 1988). In other words, when there is more than one tortfeasor (as in the instant matter), a defendant's liability for "economic damages" -- e.g., earnings loss, travel and relocation costs, etc. -- is "joint and several." *Id.* This means that a single judgment for the amount of economic damage sustained by the plaintiff should be entered against all liable defendants, and the plaintiff can enforce the entire amount against any defendant without need for apportionment. *Cal. Civ. Code* §§1431 and 1431.2; *DaFonte v. Up-Right, Inc.* (1992) 2 Cal.4th 593, 600.

In the case at bar, Plaintiff sued for damages sustained as a result of all named Defendants' breach of the underlying Agreement, and refusal to satisfy even one of the contractual obligations imposed upon them as parties to the Agreement. [*See* Document No. 1.] Plaintiff prayed for actual and compensatory damages in the amount of $120,000. *Id.* As defined in California Code of Civil Procedure Section 1431.2(b)(2), the term "economic damages" means objectively verifiable monetary losses including medical expenses, loss of earnings, loss of use of property, costs of repair or replacement, loss of employment and loss of business or employment opportunities. *Cal. Civ. Code* §1431.2. Plaintiff's Complaint states that he incurred damages as a result of Defendants' failure to compensate Plaintiff per the terms of the Agreement, lost business opportunities in reliance on the Agreement by declining promotions, and several partnership opportunities with Plaintiff's previous employer,

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

- 3 -

SUPPLEMENTAL BRIEF IN SUPPORT OF ENTRY OF DEFAULT JUDGMENT
AGAINST DEFENDANT ADAM DAVID LYND

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

1    and accrued costs as a result of travel and relocation as required by the Agreement.

2    [Document No. 1.]    Accordingly, the damages sought by Plaintiff are economic

3
damages, and subject to joint and several liability by all named Defendants. *Cal. Civ.*
4
5    *Code* §1431.2.

6
With respect to the sum certain sought by Plaintiff from Defendants, in his
7
8    Complaint, and subsequent Motions for Clerk's Entry of Default, Plaintiff sought

9    "actual and compensatory damages, and judgment therefore, in the amount of ONE

10
HUNDRED TWENTY THOUSAND DOLLARS ($120,000.00)." [Document Nos. 1,
11
12    14, 15, 37, and 38.]    Therefore, judgment in the amount of $120,000 as to *each and*

13
*every named Defendant*, including GROUP and LYND should be entered.
14
15    Alternatively, if the Court does not find that the damages sought by Plaintiff are

16    subject to joint and several liability by Defendants, Plaintiff avers that this Court

17
should join Defendant LYND as a judgement debtor to the existing default judgments
18
19    as to NIGHT LIFE and GROUP HOLDINGS pursuant to Rule 69(a) of the Federal

20    Rules of Civil Procedure and California Code of Civil Procedure Section 187, on the

21
grounds of alter ego liability.    Because there is such unity of interest and ownership
22
23    between the Defendants, GROUP HOLDINGS and NIGHTLIFE (collectively

24    "Corporate Judgment Debtors") and LYND, who is Corporate Judgment Debtors'

25
equitable    owner,    that    the    separate    personalities    of    the    corporations    and    the
26

27

28

SUPPLEMENTAL BRIEF IN SUPPORT OF ENTRY OF DEFAULT JUDGMENT
AGAINST DEFENDANT ADAM DAVID LYND

shareholders do not in reality exist, and failure to do so would sanction fraud or promote injustice, this Court must join LYND as a judgment debtor.

## IV.    CONCLUSION

For the reasons set forth above, judgment in the amount of $120,000 as to *each and every named Defendant*, including GROUP and LYND should be entered.  Or, alternatively, the Court should set a hearing for Plaintiff's Motion to join Defendant LYND as a judgement debtor pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and California Code of Civil Procedure Section 187, on the grounds of alter ego liability.

RESPECTFULLY SUBMITTED on this 28th day of September, 2015.

**THE AMIN LAW GROUP, LTD.**

ISMAIL AMIN, ESQ.
SAEHWA KANG, ESQ.
KATHERINE J. VESCERA, ESQ.
*Attorneys for Plaintiff ANTHONY DALY*

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

SUPPLEMENTAL BRIEF IN SUPPORT OF ENTRY OF DEFAULT JUDGMENT
AGAINST DEFENDANT ADAM DAVID LYND

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE:**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2211 Michelson Drive, Suite 1270, Irvine, CA 92612.**

On the below date, I served a copy of: **SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR CLERK'S ENTRY OF DEFAULT JUDGMENT PURSUANT TO FRCP 55(b)(1) AGAINST DEFENDANT ADAM DAVID LYND; MEMORANDUM OF POINTS AND AUTHORITIES** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801
*Agent for Service of Process for EnV Group Holdings LLC*

The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801
*Agent for Service of Process for EnV Nightlife LLC*

Adam David Lynd
Sofitel Chicago Water Tower
20 E. Chestnut St.
Chicago, IL 60611

__X__  **(BY MAIL)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Irvine, California, in the ordinary course of such business.

_____ **(BY FACSIMILE)**
On the below date, I transmitted the foregoing document(s) by facsimile sending number. Pursuant to rule 2.306(3)(4), I caused the machine to print a transmission record of the transmission.

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone:(949) 502-7715 / Fax: (949) 266-8406

1

**PROOF OF SERVICE**

_____ **(BY E-MAIL)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for electronically mailing. The foregoing was processed and emailed on this date consistent with the ordinary business practice of my place of employment, at Irvine, California, in the ordinary course of such business.

_____ **(BY OVERNIGHT EXPRESS)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Overnight Express. Under the processing of correspondence pleadings and notices for delivery by Overnight Express. Under the practice it would be deposited with Overnight Express on that same day with postage thereon fully prepared at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Overnight Express is more than one day after of deposit with Overnight Express. Executed on the below date, at Irvine, California.

_____ **(BY PERSONAL SERVICE)**
I caused to be delivered such envelope by hand to the addressee noted above. Executed on the below date, at Irvine California

__X__ **(STATE)**       I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 28, 2015, at Irvine, California

*Teresa Armendariz*
Teresa Armendariz

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone:(949) 502-7715 / Fax: (949) 266-8406

2

**PROOF OF SERVICE**