UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV15-00509 JAK (Ex) | Date | October 19, 2015 |
| Title | Anthony Daly v. ENV Night Life, LLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Dana N. Glaser | Not Present |

**Proceedings:**   **MOTION FOR DEFAULT JUDGMENT AS TO ENV GROUP, LLC AND ADAM DAVID LYND (DKT. 42, 43)**

**APPLICATIONS TO TAX COSTS (DKT. 44, 45)**

The motion hearing is held. There is no appearance by or on behalf of Defendants. Plaintiff's counsel addresses the issues raised by the Court. The Court DENIES without prejudice the Motion for Default Judgment as to ENV Group, LLC and Adam David Lynd (the "Motion"). To the extent Plaintiff wishes to file a supplemental brief as to whether the Service Members Relief Act applies to Defendants, the Court will take the matter under submission with the Applications to Tax Costs. The proposed judgment shall be re-lodged with the brief.

**IT IS SO ORDERED.**

                                                                                          :    06

                                                       Initials of Preparer    ak