# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DALY, an individual, | ) Case No.  2:15-cv-00509-JAK-E |
| Plaintiff, | ) **DEFAULT JUDGMENT PURSUANT** |
| | ) **TO FRCP 55(B)(1) AGAINST** |
| vs. | ) **DEFENDANT ENV NIGHT LIFE** |
| | ) **LLC, DEFENDANT ENV GROUP** |
| ENV NIGHT LIFE LLC, a Delaware | ) **HOLDINGS LLC, DEFENDANT** |
| limited liability company; ENV GROUP | ) **ENV GROUP LLC, AND** |
| HOLDINGS LLC, a Delaware limited | ) **DEFENDANT ADAM DAVID LYND** |
| liability company; ENV GROUP LLC, a | ) |
| Delaware limited liability company, and | ) **JS-6** |
| ADAM DAVID LYND, an individual, | ) |
| also known as DAVID LYND, and | ) |
| DOES 1 through 25, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Defendant ENV GROUP HOLDINGS LLC (hereinafter "Defendant ENV GROUP

HOLDINGS"), having failed to appear, plead or otherwise defend in this action, and

default having been entered on March 6, 2015, and counsel for Plaintiff ANTHONY

DALY (hereinafter "Plaintiff") having requested judgment against the defaulted

1

[

1    Defendant ENV GROUP HOLDINGS herein and having filed a proper motion and

2    affidavit (declaration) of Plaintiff in accordance with Fed. R. Civ. P. 55(a) and (b)(1);

3          Defendant ENV NIGHT LIFE LLC (hereinafter "Defendant ENV NIGHT

4    LIFE"), having failed to appear, plead or otherwise defend in this action, and default

5    having been entered on March 6, 2015, and counsel for Plaintiff having requested

6    judgment against the defaulted Defendant ENV NIGHT LIFE herein and having filed a

7    proper motion and affidavit (declaration) of Plaintiff in accordance with Fed. R. Civ. P.

8    55(a) and (b)(1);

9          Defendant ENV GROUP LLC (hereinafter "Defendant ENV GROUP"), having

10   failed to appear, plead or otherwise defend in this action, and default having been

11   entered on August 26, 2015, and counsel for Plaintiff having requested judgment

12   against the defaulted Defendant ENV GROUP herein and having filed a proper motion

13   and affidavit (declaration) of Plaintiff in accordance with Fed. R. Civ. P. 55(a) and

14   (b)(1);

15         Defendant ADAM DAVID LYND (hereinafter "Defendant LYND"), having

16   failed to appear, plead or otherwise defend in this action, and default having been

17   entered on August 26, 2015, and counsel for Plaintiff having requested judgment

18   against the defaulted Defendant LYND herein and having filed a proper motion and

19   affidavit (declaration) of Plaintiff in accordance with Fed. R. Civ. P. 55(a) and (b)(1);

20         Judgment is hereby entered in favor of Plaintiff and against Defendant ENV

21   GROUP HOLDINGS, Defendant ENV NIGHT LIFE, Defendant ENV GROUP, and

22   Defendant LYND, jointly and severally, in the sum of ONE HUNDRED TWENTY

23   THOUSAND DOLLARS ($120,000.00).

24

25         Judgment for Costs in favor of Plaintiff is also entered in the following amounts:

26         Against Defendant ENV GROUP HOLDINGS, FIVE HUNDRED FOURTEEN

27   DOLLARS AND FIFTY-FIVE CENTS ($514.55);

28

1    Against Defendant ENV NIGHT LIFE, FOUR HUNDRED SEVENTY-TWO

2  DOLLARS AND FIFTY-FIVE CENTS ($472.55);

3    Against Defendant ENV GROUP, FOUR HUNDRED FIFTY-THREE

4  DOLLARS AND NINETY-FIVE CENTS ($453.95); and

5    Against Defendant LYND, TWO THOUSAND THREE HUNDRED THIRTY-

6  SEVEN THOUSAND DOLLARS AND FIFTEEN CENTS ($2,337.15).

7

8    This Default Judgment supercedes the prior Default Judgments entered against

9  Defendant ENV GROUP HOLDINGS and Defendant ENV NIGHT LIFE on May 6,

10  2015.

11

12

13  DATED:  January 5, 2016    _____

John A. Kronstadt
14                                                United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[